UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-80214-CIV-HURLEY

IAGNES STOLTZ,
    plaintiff,

vs.

COLLECTCORP CORPORATION,
    defendant.
_____/

### ORDER OF FINAL DISMISSAL AND CLOSE-OUT

**THIS CAUSE** is before the Court upon the parties' joint stipulation of dismissal with prejudice filed March 30, 2009 [DE# 5].

Having considered the stipulation, it is **ORDERED AND ADJUDGED**:

1. This case is **DISMISSED WITH PREJUDICE.**

2. There being nothing further for the court to resolve, the Clerk of the Court shall enter this case as **CLOSED** and terminate all pending motions as **MOOT**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 31st day of March, 2009.

_____
Daniel T. K. Hurley
United States District Judge

Copies furnished:
all counsel

**CLOSED CASE**